**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Gerald Deon MOTLEY, Defendant— Appellant.**

**No. 05–50237.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 6, 2006.*

Filed Nov. 15, 2006.

Becky S. Walker, Esq., April Anita Christine, Esq., Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Before: LEAVY, McKEOWN, and GOULD, Circuit Judges.

MEMORANDUM **

Gerald Deon Motley appeals from his conviction and 180–month sentence for possession with intent to distribute cocaine base, felon in possession of a firearm, and possessing a firearm in furtherance of a drug trafficking crime, in violation of 21 U.S.C. § 841(a)(1), 18 U.S.C. §§ 924(c) and 922(g)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

(1967), counsel for Motley has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Motley has filed a pro se supplemental brief and a reply brief, and the government has filed an answering brief.

Our independent review of the record and briefs, pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.